```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21406
   KITTIE L GARDNER
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4482

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/15/2007 and was confirmed 03/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE SECURED VEHIC    9121.00           245.70         657.40
CAPITAL ONE AUTO FINANCE UNSECURED         400.80              .00            .00
US CELLULAR              UNSECURED       NOT FILED             .00            .00
SBC                      UNSECURED       NOT FILED             .00            .00
AMERICASH LOANS          UNSECURED       NOT FILED             .00            .00
ASSET ACCEPTANCE CORP    UNSECURED         192.66              .00            .00
CAPITAL ONE              UNSECURED         937.25              .00            .00
CHASE MANHATTAN EDUCATIO UNSECURED       NOT FILED             .00            .00
CHECK N GO               UNSECURED       NOT FILED             .00            .00
CITY OF CHICAGO PARKING  UNSECURED          490.00             .00            .00
COMCAST                  UNSECURED       NOT FILED             .00            .00
NATIONAL QUICK CASH      UNSECURED       NOT FILED             .00            .00
NORTHWESTERN MEMORIAL HO UNSECURED       NOT FILED             .00            .00
PAYDAY LOAN STORES OF IL UNSECURED       NOT FILED             .00            .00
PAYDAY LOAN STORES OF IL UNSECURED       NOT FILED             .00            .00
NATIONAL QUICK CASH      UNSECURED       NOT FILED             .00            .00
WOODLAWN CONDO ASSOC     NOTICE ONLY     NOT FILED             .00            .00
AMERICASH LOANS LLC      UNSECURED          934.38             .00            .00
SANFORD KAHN             UNSECURED       NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,493.00                          108.78
TOM VAUGHN               TRUSTEE                                             84.28
DEBTOR REFUND            REFUND                                             131.54

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                1,227.70

PRIORITY                                         .00
SECURED                                       657.40
   INTEREST                                   245.70

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21406 KITTIE L GARDNER
```

```
UNSECURED                                                        .00
ADMINISTRATIVE                                                108.78
TRUSTEE COMPENSATION                                           84.28
DEBTOR REFUND                                                 131.54
                              ---------------         ---------------
TOTALS                               1,227.70                1,227.70
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08          _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE